# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**757**

**CA 10-01894**

PRESENT: SCUDDER, P.J., PERADOTTO, LINDLEY, GREEN, AND GORSKI, JJ.

---

MYRNA WALKER, PLAINTIFF-RESPONDENT,

V                                                                          ORDER

ROBERT WALKER, DEFENDANT-APPELLANT.

---

SHANLEY LAW OFFICES, MEXICO (P. MICHAEL SHANLEY OF COUNSEL), FOR
DEFENDANT-APPELLANT.

JOHN M. MURPHY, JR., PHOENIX, FOR PLAINTIFF-RESPONDENT.

--------------------------------------------------------------------------------

Appeal from an order of the Supreme Court, Oswego County (Norman
W. Seiter, Jr., J.), entered March 8, 2010 in a divorce action.  The
order determined the scope of an equitable distribution hearing.

It is hereby ORDERED that the order so appealed from is
unanimously affirmed without costs.


Entered:  June 10, 2011                          Patricia L. Morgan
                                                 Clerk of the Court